FILED
2022 Mar-03 PM 12:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| MARTHA DANIELS <br><br> *Plaintiff(s)* <br> v. <br> GREENE COUNTY HOSPITAL BOARD <br> GREENE COUNTY HEALTH SYSTEM FOUNDATION INC. <br> GREENE COUNTY AMBULANCE SERVICE, <br>    a.k.a. Greene County Emergency Medical Services <br> MARCIA PUGH <br> SALAHUDDIN FAROOQUI <br> CHRIS JONES <br> HUNTER DODSON <br> BENNY ABRAMS <br> *Defendant(s)* | Civil Action No. 7:22-cv-00268-LSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    BENNY ABRAMS
    63 Mesopotamia Street
    Eutaw, AL 35462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
    MARSH, RICKARD & BRYAN, P.C.
    800 Shades Creek Parkway, Suite 600 D
    Birmingham, Alabama 35209
    (205) 879-1981

If you fail to respond, judgment by default ~~xxxxx~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| MARTHA DANIELS<br><br>Plaintiff(s) v.<br>GREENE COUNTY HOSPITAL BOARD<br>GREENE COUNTY HEALTH SYSTEM FOUNDATION INC.<br>GREENE COUNTY AMBULANCE SERVICE,<br>   a.k.a. Greene County Emergency Medical Services<br>MARCIA PUGH<br>SALAHUDDIN FAROOQUI<br>CHRIS JONES<br>HUNTER DODSON<br>BENNY ABRAMS<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:22-cv-00268-LSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      HUNTER DODSON
      3055 Dewberry Lane
      Tuscaloosa, Alabama 35405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
      MARSH, RICKARD & BRYAN, P.C.
      800 Shades Creek Parkway, Suite 600 D
      Birmingham, Alabama 35209
      (205) 879-1981

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| MARTHA DANIELS<br><br>Plaintiff(s) v.<br>GREENE COUNTY HOSPITAL BOARD<br>GREENE COUNTY HEALTH SYSTEM FOUNDATION INC.<br>GREENE COUNTY AMBULANCE SERVICE,<br>   a.k.a. Greene County Emergency Medical Services<br>MARCIA PUGH<br>SALAHUDDIN FAROOQUI<br>CHRIS JONES<br>HUNTER DODSON<br>BENNY ABRAMS<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:22-cv-00268-LSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      CHRIS JONES
      3317 Pyramid Lake Place
      Northport, Alabama 35473

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
      MARSH, RICKARD & BRYAN, P.C.
      800 Shades Creek Parkway, Suite 600 D
      Birmingham, Alabama 35209
      (205) 879-1981

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| MARTHA DANIELS <br><br> *Plaintiff(s)* v. <br> GREENE COUNTY HOSPITAL BOARD <br> GREENE COUNTY HEALTH SYSTEM FOUNDATION INC. <br> GREENE COUNTY AMBULANCE SERVICE, <br> a.k.a. Greene County Emergency Medical Services <br> MARCIA PUGH <br> SALAHUDDIN FAROOQUI <br> CHRIS JONES <br> HUNTER DODSON <br> BENNY ABRAMS <br> *Defendant(s)* | Civil Action No. 7:22-cv-00268-LSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SALAHUDDIN FAROOQUI
3563 Altadena Park Lane
Vestavia, Alabama 35243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600 D
Birmingham, Alabama 35209
(205) 879-1981

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| MARTHA DANIELS | ) | |
| *Plaintiff(s)* v. | ) | |
| GREENE COUNTY HOSPITAL BOARD<br>GREENE COUNTY HEALTH SYSTEM FOUNDATION INC.<br>GREENE COUNTY AMBULANCE SERVICE,<br>   a.k.a. Greene County Emergency Medical Services<br>MARCIA PUGH<br>SALAHUDDIN FAROOQUI<br>CHRIS JONES<br>HUNTER DODSON<br>BENNY ABRAMS | ) ) ) ) ) ) ) ) | Civil Action No. 7:22-cv-00268-LSC |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MARCIA PUGH
> 1801 Choctaw Street
> Demopolis, Alabama 36732

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
> MARSH, RICKARD & BRYAN, P.C.
> 800 Shades Creek Parkway, Suite 600 D
> Birmingham, Alabama 35209
> (205) 879-1981

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

MARTHA DANIELS )
)
)
)
*Plaintiff(s)* v. )
GREENE COUNTY HOSPITAL BOARD )
GREENE COUNTY HEALTH SYSTEM FOUNDATION INC. ) Civil Action No. 7:22-cv-00268-LSC
GREENE COUNTY AMBULANCE SERVICE, )
  a.k.a. Greene County Emergency Medical Services )
MARCIA PUGH )
SALAHUDDIN FAROOQUI )
CHRIS JONES )
HUNTER DODSON )
BENNY ABRAMS )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> GREENE COUNTY AMBULANCE SERVICE
> 116 Main Street
> Eutaw, Alabama 35462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
> MARSH, RICKARD & BRYAN, P.C.
> 800 Shades Creek Parkway, Suite 600 D
> Birmingham, Alabama 35209
> (205) 879-1981

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

MARTHA DANIELS

*Plaintiff(s)* v.

GREENE COUNTY HOSPITAL BOARD
GREENE COUNTY HEALTH SYSTEM FOUNDATION INC.
GREENE COUNTY AMBULANCE SERVICE,
  a.k.a. Greene County Emergency Medical Services
MARCIA PUGH
SALAHUDDIN FAROOQUI
CHRIS JONES
HUNTER DODSON
BENNY ABRAMS

*Defendant(s)*

Civil Action No. 7:22-cv-00268-LSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GREENE COUNTY HEALTH SYSTEM FOUNDATION INC.
c/o Pinnia Hines, Registered Agent
509 Wilson Avenue
Eutaw, Alabama 35462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600 D
Birmingham, Alabama 35209
(205) 879-1981

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| MARTHA DANIELS <br><br> *Plaintiff(s)* v. <br> GREENE COUNTY HOSPITAL BOARD <br> GREENE COUNTY HEALTH SYSTEM FOUNDATION INC. <br> GREENE COUNTY AMBULANCE SERVICE, <br>   a.k.a. Greene County Emergency Medical Services <br> MARCIA PUGH <br> SALAHUDDIN FAROOQUI <br> CHRIS JONES <br> HUNTER DODSON <br> BENNY ABRAMS <br> *Defendant(s)* | Civil Action No. 7:22-cv-00268-LSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> GREENE COUNTY HOSPITAL BOARD
> c/o Fred Hughes, Chairman
> 14416 County Road 60
> Eutaw, Alabama 35462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Derrick Mills, Wm. "Rip" Andrews, Richard Riley, and Ben Ford
> MARSH, RICKARD & BRYAN, P.C.
> 800 Shades Creek Parkway, Suite 600 D
> Birmingham, Alabama 35209
> (205) 879-1981

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203