IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| Martha Daniels, ] | |
| Plaintiff, ] | |
| v. ] | Civil Action No.: |
| ] | 7:22-cv-268-LSC |
| Greene County Hospital Board, et al., ] | |
| Defendants. ] | |

## Order

The parties have notified the court that they have selected Marty Van Tassel as mediator in this case. As the mediator, Mr. Van Tassel is required to fix a time and place for the mediation session, ADR Plan (IV)(B)(8), and to submit a report of the mediation, pursuant to ADR Plan (IV)(B)(9)(g). The parties shall arrange for and pay the mediator's fee directly to him.

The parties are reminded that, pursuant to Paragraph 7 of the court's ADR Plan, all individual parties, or if other than an individual, a representative with full authority to settle, must attend the mediation session.

The Clerk of Court is DIRECTED to send a copy of this order to the mediator and all counsel of record.

Mediation is not a substitute for trial and in the event that no agreement is reached, this

case will proceed to trial on 9/18/2023.

    Done this <u>2nd</u> day of <u>November, 2022</u>.

                                                       L. Scott Coogler  
                                        United States District Judge

202713