# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA DANIELS,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 7:22-cv-00268-LSC |
| **GREENE COUNTY HOSPITAL & NURSING HOME;** | ) |
| **GREENE COUNTY HEALTH SYSTEM FOUNDATION, INC.;** | ) |
| **SALAHUDDIN FAROOQUI;** | ) |
| **DEBRA SUSAN ROSS HALL;** | ) |
| **MAMIE NEWTON;** | ) |
| **JITTAUN SHIELDS WILLIAMS;** | ) |
| **ANDREA WOODS;** | ) |
| **GREENE COUNTY AMBULANCE SERVICE;** | ) |
| **CHRIS JONES;** | ) |
| **HUNTER DODSON;** | ) |
| **BENNIE ABRAMS, III; ET AL.;** | ) |
| Defendants. | ) |

## MOTION TO DISMISS DEFENDANT DR. SALAHUDDIN FAROOQUI WITH PREJUDICE

COME NOW Plaintiff Martha Daniels, individually and as mother of Maleah Daniels, deceased, and Defendant Salahuddin Farooqui, M.D., by and through the undersigned counsel, and move for the Court to dismiss all claims against Defendant Farooqui with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(2). In support thereof, the parties show unto the Court as follows:

1. Plaintiff filed suit against Defendant Farooqui, along with other employees of Greene County Hospital, for personal injuries and the wrongful death of her child Maleah Daniels.

2. Plaintiff desires to dismiss all claims against Dr. Farooqui with prejudice.

3. This dismissal will not prejudice any other party. Defendant Farooqui has been deposed. Counsel for Greene County Hospital & Nursing Home, Debra Hall, and Mamie Newton agrees to the dismissal of all claims against Farooqui. No cross-claim has been filed by the Greene County Ambulance Service Defendants against Farooqui.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant Farooqui respectfully request that the Court dismiss all claims against Defendant Farooqui with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(2).

                                              s/ *Derrick A. Mills*
                                              Derrick A. Mills
                                              Attorney for Plaintiff

**OF COUNSEL:**
Derrick A. Mills
Richard J. Riley
William R. Andrews
J. Ben Ford

**MARSH, RICKARD & BRYAN, P.C.**
800 Shades Creek Parkway
Suite 600-D
Birmingham, AL 35209
(205) 879-1981 - Phone

# **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of December 2022, I served the foregoing via electronic mail / U.S. Mail to the following counsel of record:

E. Britton Monroe, Esq.
Taffi S. Stewart, Esq.
Sarah G. Redmond, Esq.
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Ste. 100
Birmingham, AL 35213
P: (205) 967-8822
F: (205) 967-2380
bmonroe@lgwmlaw.com
tstewart@lgwmlaw.com
sredmond@lgwmlaw.com
*Attorneys for Defendant Greene County Ambulance Service*

Lea Richmond, IV, Esq.
Dennis O. Vann, Jr., Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
P: (205) 822-2006
lrichmond@carrallison.com
dvann@carrallison.com
*Attorneys for Defendants Greene County Hospital Board and Greene County Health System Foundation, Inc.; Salahuddin Farooqui*

               s/ *Derrick A. Mills*
               OF COUNSEL