FILED
2022 Dec-07 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARTHA DANIELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GREENE COUNTY HOSPITAL & NURSING HOME; GREENE COUNTY HEALTH SYSTEM FOUNDATION, INC.; SALAHUDDIN FAROOQUI; DEBRA SUSAN ROSS HALL; MAMIE NEWTON; JITTAUN SHIELDS WILLIAMS; ANDREA WOODS; GREENE COUNTY AMBULANCE SERVICE; CHRIS JONES; HUNTER DODSON; BENNIE ABRAMS, III; et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) 7:22-cv-00268-LSC |
| Defendants. | ) |

## Order

The Court **GRANTS** Plaintiff's Motion to Dismiss Defendant Dr. Salahuddin Farooqui with Prejudice. (Doc. 55). Accordingly, Defendant Dr. Salahuddin Farooqui is **DISMISSED** from this action. Plaintiff's claims against all other Defendants remain pending. The Clerk is **DIRECTED** to terminate Defendant Dr. Salahuddin Farooqui as a defendant in this action.

**Done** and **Ordered** on December 7, 2022.

_____
L. Scott Coogler
United States District Judge

194800