# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA DANIELS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.: 7:22-CV-268-LSC |
| **GREENE COUNTY HOSPITAL & NURSING HOME, et al.,** | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF PRO TANTO DISMISSAL

COME NOW the parties, by and through their undersigned counsel, and hereby stipulate to the dismissal of the Plaintiff's claims against Defendants **Greene County Hospital & Nursing Home**, **Greene County Health System Foundation, Inc.**, **Marcia Pugh**, **Debra Susan Ross Hall**, **Mamie Newton**, **Jittaun Williams** and **Andrea Woods** with prejudice. The Plaintiff's claims against all other Defendants are unaffected by this joint stipulation and shall remain pending.

Respectfully submitted this 7th day of March, 2023.

{DOC# 00853545}

<div style="display: flex;">

<div>

By: */s/ Derrick A. Mills (with permission)*
_____

    Derrick A. Mills, Esq.
    Richard J. Riley, Esq.
    William R. Andrews, Esq.
    J. Ben Ford, Esq.
    Marsh, Rickard & Bryan, P.C.
    800 Shades Creek Parkway
    Suite 600D
    Birmingham, AL 35209
    Telephone: (205) 879-1981
    dmills@mrblaw.com
    rriley@mrblaw.com
    ripandrews@mrblaw.com
    bford@mrblaw.com
    *Attorneys for Plaintiff*


By: */s/ Dennis Vann, Jr.*
_____

    Lea Richmond, IV, Esq.
    Dennis O. Vann, Jr. Esq.
    Carr Allison
    100 Vestavia Parkway
    Birmingham, AL 35216
    Telephone: (205) 822-2006
    dvann@carrallison.com
    lrichmond@carrallison.com
    *Attorneys for Greene County Hospital Defendants*

</div>

<div>

By: */s/ Taffi S. Stewart (with permission)*
_____

    E. Britton Monroe, Esq.
    Taffi S. Stewart, Esq.
    Sarah G. Redmond, Esq.
    Lloyd, Gray, Whitehead & Monroe, P.C.
    880 Montclair Road, Suite 100
    Birmingham, Alabama 35213
    Telephone: (205) 967-8822
    bmonroe@lgwmlaw.com
    tstewart@lgwmlaw.com
    sredmond@lgwmlaw.com
    *Attorneys for Greene County Ambulance Service Defendants*

</div>

</div>