FILED
2023 Mar-07 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA DANIELS,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **GREENE COUNTY HOSPITAL & NURSING HOME; GREENE COUNTY HEALTH SYSTEM FOUNDATION, INC.; SALAHUDDIN FAROOQUI; DEBRA SUSAN ROSS HALL; MAMIE NEWTON; JITTAUN SHIELDS WILLIAMS; ANDREA WOODS; GREENE COUNTY AMBULANCE SERVICE; CHRIS JONES; HUNTER DODSON; BENNIE ABRAMS, III; et al.,** | ) 7:22-cv-00268-LSC |
| Defendants. | ) |

## Order

The parties have notified the Court of their stipulation to the dismissal of Plaintiff's claims against six of the Defendants in this case. (*See* doc. 57). Accordingly, Defendants Greene County Hospital & Nursing Home, Green County Health System Foundation, Inc., Debra Susan Ross Holl, Mamie Newton, Jittaun Shields Williams, and Andrea Woods are **DISMISSED** from this action.[1] Plaintiff's

---

[1] The parties also included Marcia Pugh in this list. However, Pugh was dismissed from this action by Order on May 2, 2022. (Doc. 26).

claims against Defendants Benny Abrams, Hunter Dodson, Greene County Ambulance Service, and Chris Jones remain pending. The Clerk is **DIRECTED** to terminate Defendants Greene County Hospital & Nursing Home, Green County Health System Foundation, Inc., Debra Susan Ross Holl, Mamie Newton, Jittaun Williams, and Andrea Woods as defendants in this action.

    **DONE** and **ORDERED** on March 7, 2023.

_____
L. Scott Coogler
United States District Judge

194800